

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2014

No. 04-14-00146-CV

**IN THE INTEREST OF A.L.A.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2000EM502104
Honorable Eric Rodriguez, Judge Presiding

**ORDER**

      In accordance with the court's opinion of this date, the motion for leave to file late notice of appeal is DENIED AS MOOT and this appeal is DISMISSED FOR WANT OF JURISDICTION.

      We order that appellant Susan Idalia Anderson Costner pay all costs incurred because of this appeal.

      It is so **ORDERED** on April 30, 2014.

_Marialyn Barnard_

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of April, 2014.

_____
Keith E. Hottle, Clerk